1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12
                        **FRESNO DIVISION**
13

14  JESUS MEJIA CASTILLO,              )      CIVIL NO.: 1:11-cv-01654-GSA
                                       )
15        Plaintiff,                   )      STIPULATION AND ORDER TO EXTEND
                                       )      TIME
16                                     )
            v.                         )
17                                     )
18  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
19  Social Security,                   )
                                       )
20        Defendant.                   )
                                       )
21  _____ )

22

23         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that Defendant shall have a first extension of time of seven days in which to file the

25
26  administrative transcript and notice of lodging.  This extension is requested because the paralegal with

27  the United States Attorney's Office who is responsible for filing the transcript and notice has a medical

28

1  situation and is unavailable.  The current due date is January 30, 2012.  The new due date will be

2  February 6, 2012.

3      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

4

5

6                                            Respectfully submitted,

7  Dated: January 30, 2012              /s/ *James A. Yoro*
                                        (As authorized via e-mail on 1/30/12 at 11:38 a.m.)
8                                        JAMES A. YORO
                                        Attorney for Plaintiff
9

10

    Dated:  January 30, 2012            BENJAMIN B. WAGNER
11                                       United States Attorney
                                        DONNA L. CALVERT
12                                       Acting Regional Chief Counsel, Region IX
                                        Social Security Administration
13

14                               By     */s/ Lynn M. Harada*
                                        LYNN M. HARADA
15                                       Special Assistant United States Attorney

16
                                        Attorneys for Defendant
17

18

19                                      ORDER

20

21      IT IS SO ORDERED.

22    Dated:   **January 31, 2012**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                        2