1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12
                                   **FRESNO DIVISION**
13

14 | JESUS MEJIA CASTILLO,        )   CIVIL NO.: 1:11-cv-01654-GSA
                                  )
15 |     Plaintiff,                )   STIPULATION AND ORDER TO EXTEND
                                  )   TIME
16 |                               )
            v.                    )
17 |                               )
                                  )
18 | MICHAEL J. ASTRUE,            )
     Commissioner of              )
19 | Social Security,              )
                                  )
20 |     Defendant.                )
                                  )
21 | _____)

22

23     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24 record, that Defendant shall have a first extension of time of seven days in which to file the

25 administrative transcript and notice of lodging.  This extension is requested because the paralegal with

26

27 the United States Attorney's Office who is responsible for filing the transcript and notice has a medical

28

situation and is unavailable. The current due date is January 30, 2012. The new due date will be February 6, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 30, 2012     /s/ *James A. Yoro*
(As authorized via e-mail on 1/30/12 at 11:38 a.m.)
 JAMES A. YORO
Attorney for Plaintiff

Dated: January 30, 2012     BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By     */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **January 31, 2012**           /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE